UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) )  |
| v. | ) ) CRIMINAL INDICTMENT NO.: ) ) 1:23-cr-00287-MLB |
| SUNG H. KIM, | ) ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COMES NOW, Donald F. Samuel, and enters his **Notice of Appearance** as counsel of record for the Defendant, Sung H. Kim, in the above-styled matter. Please send all correspondence, orders, court notices, and copies of pleadings, etc., to the undersigned.

This, the 11th day of September, 2023.

RESPECTFULLY SUBMITTED,

**GARLAND, SAMUEL & LOEB, P.C.**

/s/ *Donald F. Samuel*
JOHN A. GARLAND, ESQ.
Georgia Bar No. 624475
Attorney for Defendant

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Phone: 404-262-2225
Fax: 404-365-5041
dfs@gsllaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | CRIMINAL INDICTMENT NO.: |
| v. | ) ) | 1:23-cr-00287-MLB |
| SUNG H. KIM, | ) ) | |
| Defendant. | ) ) | |

## **CERTIFICATE OF SERVICE AND COMPLIANCE**

The undersigned attorney hereby certifies that the foregoing document, which was prepared using Times New Roman, 14-point font, was filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This, the 11th day of September, 2023.

    RESPECTFULLY SUBMITTED,

    **GARLAND, SAMUEL & LOEB, P.C.**

    /s/ *Donald F. Samuel*
    JOHN A. GARLAND, ESQ.
    Georgia Bar No. 624475
    Attorney for Defendant

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Phone: 404-262-2225
Fax:  404-365-5041
    dfs@gsllaw.com